

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Alfredo Arreola,                               * From the 29th District
                                                 Court of Palo Pinto County,
                                                 Trial Court No. 12633.

Vs. No. 11-15-00116-CR                         * July 14, 2016

The State of Texas,                            * Memorandum Opinion by Willson, J.
                                                 (Panel consists of: Wright, C.J.,
                                                 Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to reflect that Appellant entered a plea of "NOT TRUE" to the State's motion. As modified, we affirm the judgment of the trial court.